UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elmer GARCIA-CASTRO,<br><br>                        Petitioner,<br><br>v.<br><br>Christopher J. LaROSE, et al.,<br><br>                        Respondents. | Case No.: 25-cv-3287-AGS-VET<br><br>**ORDER GRANTING WRIT OF HABEAS CORPUS (ECF 1)** |

    Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 8, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**.

    Respondents must provide petitioner with a bond hearing before an immigration judge by **January 22, 2026**.

Dated: January 8, 2026

                                                _____
                                                Hon. Andrew G. Schopler
                                                United States District Judge